**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| In re:<br>Thomas Martin Weir,<br>    Debtor(s) | Chapter 7 Case<br><br>Bky. No. 04-91214-DML |

## AGREEMENT TO REAFFIRM DEBT

1. On the date this case was filed, Thomas Martin Weir was indebted to General Motors Acceptance Corporation ("Creditor") based upon a Contract dated August 7, 2004 (the "Contract").

2. Creditor has a valid and perfected security interest in a N04 CHEVSILVERADO   VIN/HIN: 2GCEC19T141223108.

3. The undersigned agrees to pay Creditor the sum of $26,774.99 with interest thereon at the rate of 7.99% per annum computed from November 17, 2004 as follows:
   [ x ]   payment of $563.78 on November 18, 2004, and
   [ x ]   payment of $563.78 on December 21, 2004, and
   [ x ]   in monthly installments of $563.78 commencing on January 21, 2004 and
          continuing on the same day of each succeeding month.

4. This Agreement incorporates all the terms and conditions of the documents evidencing the above-described indebtedness, except as otherwise specifically stated in this Agreement.

5. **THIS AGREEMENT IS NOT REQUIRED UNDER THE BANKRUPTCY CODE, UNDER NONBANKRUPTCY LAW, OR UNDER ANY AGREEMENT NOT IN ACCORDANCE WITH SUBSECTION 524(c) OF THE BANKRUPTCY CODE.**

**NOTICE TO THE DEBTOR(S): THIS AGREEMENT MAY BE RESCINDED AT ANY TIME PRIOR TO DISCHARGE OR WITHIN SIXTY DAYS AFTER THIS AGREEMENT IS FILED WITH COURT, WHICHEVER OCCURS LATER, BY GIVING WRITTEN NOTICE TO CREDITOR AT THE ADDRESS SET FORTH BELOW.**

Dated  12/10/04                                 _____
                                                Debtor

Dated _____                            _____
                                                Debtor

Dated  12-30-04                                 GENERAL MOTORS ACCEPTANCE CORPORATION

                                                By _____
                                                T. Klisch, Agent
                                                2740 Arthur Street
                                                Roseville, MN 55113-1303
                                                (651) 367-2000

### DECLARATION OF ATTORNEY FOR DEBTOR(S)

The undersigned hereby declares, under penalty of perjury, as follows: I am the attorney who has represented the Debtor(s) during the course of negotiating the above Agreement. This Agreement represents a fully informed and voluntary agreement by Debtor(s), and does not impose any undue hardship on the Debtor(s) or a dependent of the Debtor(s). I have fully advised the Debtor(s) of the legal effect and consequences an agreement of the kind specified in Section 524(c) of the Bankruptcy Code and any default under such agreement.

Dated 12/13/04                                  _____
005-9060-70209                                  THOMAS F CLAYTON, Attorney for Debtor(s)